UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SMITH,

        Plaintiff,

  v.

Ayers, et al,

        Defendant.
_____/

Case Number: C10-0229 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Smith Prisoner Id H-15030
Corcoran State Prison
P.O. Box 8800
4A2R cell 31
Corcoran, CA 93212-3426

Dated: February 26, 2010

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

*Cora Klein*